DAVID T. BAYLES et al., as Commissioners of Highways of the Town of Brookhaven, Appellants, *v.* SCUDDER JAYNE, Respondent.

(Argued December 12, 1890; decided December 19, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of defendant entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Thomas J. Ritch, Jr.,* for appellants.

*Wilmot M. Smith* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.